UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.14-40527-399 |
| John West Rourke, III | ) | Chapter 13    **Doc. 54** |
| | ) | |
| Debtor | ) | **ORDER ALLOWING COMPENSATION** |
| | ) | **OF KARFELD LAW FIRM, P.C.** |
| | ) | |

The First and Final Application for Allowance of Compensation by Edward J. Karfeld and Karfeld Law Firm, P.C. ("Applicant") for Services provided from January 27, 2014 through September 2, 2014 (the "Application") is presented for hearing pursuant to notice. No Response was filed in opposition to the Application. The Court has considered the twelve factors to be considered in determining fee awards in Title VII cases, set forth in *Johnson v. Georgia Highway Express*, 488 F.2d 714 (5th Cir. 1974). The Court has also considered the factors set forth in 11 U.S.C. Section 330(a)(3) in determining the award and the amount of reasonable compensation for the actual, necessary services performed by counsel. Based on the pleadings and the record in this case, the Court finds that the services rendered were necessary and beneficial to the estate, and that the fees charged in the amount of $6,936.00, and costs incurred in the amount of $413.58, are reasonable. The Court also finds that Applicant has previously been paid fees of $2,000.00 by the Debtor, which should be credited against the total fee and costs.

**IT IS, THEREFORE, ORDERED** that the Application is **GRANTED;** and,

**IT IS FURTHER ORDERED**, that Applicant is allowed a fee in the amount of $6,936.00, for legal services provided from January 27, 2014 through September 2, 2014, and is allowed its costs incurred during that period in the amount of $443.58; and,

**IT IS FURTHER ORDERED** that credit be given for $2,000.00 that was previously

paid to Applicant; and,

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall pay to Applicant the total amount of $5,349.58 as and for attorney fees and costs from funds on hand; and,

**IT IS FURTHER ORDERED** that all other relief requested in the Application is denied without prejudice.

DATED: September 24, 2014
St. Louis, Missouri

_____
Barry S. Schermer
United States Bankruptcy Judge

Copy to:

Edward J. Karfeld, Esq
680 Craig Road, Suite 306
St. Louis, MO 63141

Office of the United States Trustee
111 S. Tenth Street, Suite 6353
St. Louis, MO 63102

John V. LaBarge, Jr.
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143

John West Rourke, III
14009 Montrachet Ln
Town & Country MO 63131